

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

May 17, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/07 (nd)

**By Fax**
The Honorable Sidney H. Stein
United States District Court
500 Pearl Street, Room 1010
New York, New York 10007

**MEMO ENDORSED**

Re:     United States v. Gilberto Morales & Kevin Wade Nelson,
        S6 06 Cr. 518 (SHS)

Dear Judge Stein:

        This letter is respectfully submitted, on consent of both defense counsel, to request a 30-day adjournment of the conference scheduled for this afternoon in the above-captioned case. I received a call earlier today from the office of Devereaux Cannick, Esq., Mr. Nelson's counsel, advising me that Mr. Cannick is ill and cannot make it this afternoon. Moreover, I provided discovery to Mr. Cannick last Friday – the day after Mr. Nelson arrived in the district and was arraigned before a magistrate – and I understand that he needs additional time to review it. (Among other things, the discovery includes several wiretaps.) Finally, I have been engaged in discussions with Mr. Morales's counsel regarding a possible disposition of the matter without trial, and those discussions are continuing. For each of these reasons, I believe an adjournment would be appropriate.

        In addition, if the request for an adjournment is granted, I would respectfully request that time be excluded for purposes of the Speedy Trial Act from today until the next date I make the request, with the consent of both defense counsel, in order to allow counsel to review discovery and to permit the parties to continue discussions of possible dispositions without trial.

*Conf. adjrned from 5/17 until 6/14 at 3:30 p.m. Time is excluded pursuant to 18 U.S.C. 3161(h)(8)(A). The ends of justice outweigh the interest of the def. & the public in a speedy trial.*

                                        Respectfully submitted,

                                        MICHAEL J. GARCIA
                                        United States Attorney

                        By:     _____
                                        Jesse M. Furman
                                        Assistant U.S. Attorney
                                        (212) 637-2475

*5/17/07
So ordered
[signature]*

cc (without attachment):    Devereaux L. Cannick, Esq. (by facsimile: 718-803-9764)
                            Sabrina Schroff, Esq. (by facsimile: 212-625-3939)