

**RECEIVED OCT 15 2007 CHAMBERS OF JUDGE SIDNEY H. STEIN U.S.D.J.**

**AIELLO & CANNICK**
Attorneys at Law
69-06 Grand Avenue
Maspeth, New York 11378
(718) 426-0444
FAX (718) 803-9764
Email: AandC6906@aol.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/07
```

Robert J. Aiello
Deveraux L. Cannick

Jennifer A. Fremgen

**Of Counsel**

Anthony M. Dattoma
Lyn A. Perrotta

NEW YORK OFFICE
(By Appointment Only)

(212) 233-3335

October 16, 2007

**VIA FACSIMILE – (212) 805-7924**
The Honorable Sidney H. Stein
United States District Court
500 Pearl Street, Room 1010
New York, New York 10007

   Re: **United States v. Gilberto Morales & Kevin Wade Nelson**
      **06 CR 518 (SHS)**

Dear Judge Stein:

  As a follow up to the status conference held on Friday, October 12th, 2007, I write to inform you that the Judge in New Britain, CT has given me Monday, October 29th, 2007 off. Therefore, I respectfully request that we move forward with the status conference on Kevin Wade Nelson on Monday, October 29th, 2007 as opposed to October 25th, 2007.

  Thank you in advance for your consideration.

              Very truly yours,

              Deveraux L. Cannick

cc: Peter Guadagnino, Esq. (via facsimile: (908) 276-0547)
   AUSA Eugene Ingoglia (via facsimile: (212) 637-2527)

*The conference will take place on Oct. 29, 2007, at 2:00pm*

SO ORDERED 10/18/07

SIDNEY H. STEIN
U.S.D.J.