



**AIELLO & CANNICK**
Attorneys at Law
69-06 Grand Avenue
Maspeth, New York 11378
(718) 426-0444
FAX (718) 803-9764
Email: AandC6906@aol.com

Robert J. Aiello
Deveraux L. Cannick

Jennifer A. Fremgen

**Of Counsel**

Anthony M. Dattoma
Lyn A. Perrotta

December 19, 2007

NEW YORK OFFICE
(By Appointment Only)

(212) 233-3335

VIA FACSIMILE – (212) 805-7924
The Honorable Sidney H. Stein
United States District Court
500 Pearl Street, Room 1010
New York, New York 10007

    Re:    United States v. Gilberto Morales & Kevin Wade Nelson
            06 CR 518 (SHS)

Dear Judge Stein:

    We write to respectfully request that the matter scheduled before Your Honor for trial on January 14th, 2008 be re-calendared. We are absolutely certain that the matter will be disposed of by way of a plea and merely wish to alert Your Honor so that the date set aside for our trial can be utilized for other purposes. The reason why the matter has not been disposed of as of today is because I was on trial in New Britain, CT from October 9th until last week. However, inasmuch as my trial has concluded, I am now in a position to attend to the matter of setting up the plea for Mr. Kevin Wade Nelson. Again, we respectfully ask that the matter be re-calendared and in the meantime we will go before a Magistrate Judge and enter a guilty plea. We have spoken to Mr. Ingoglia, the Assigned Assistant, and he does not object to our request.

    Thank you in advance for your consideration.

Very truly yours,

*Deveraux L. Cannick*
Deveraux L. Cannick

cc:    Peter Guadagnino, Esq. (via facsimile: (908) 276-0547
        AUSA Eugene Ingoglia (via facsimile: (212) 637-2527

*Trial adjourned to Feb 4, 2008 at 9:30 a.m. SO ORDERED 12/19/07*

SIDNEY H. STEIN
U.S.D.J.