**AIELLO & CANNICK**
Attorneys at Law
69-06 Grand Avenue
Maspeth, New York 11378
(718) 426-0444
FAX (718) 803-9764
Email: AandC6906@aol.com

Robert J. Aiello
Deveraux L. Cannick

Jennifer A. Fremgen

**Of Counsel**

Anthony M. Dattoma
Lyn A. Perrotta

NEW YORK OFFICE
(By Appointment Only)

(212) 233-3335

May 7, 2008

**VIA FEDERAL EXPRESS**
Honorable Sidney H. Stein
United States District Court, Southern District of New York
500 Pearl Street
New York, New York  10007

    Re:    **United States v. Kevin Wade Nelson**
             06-cr-00518-SHS-6

Dear Judge Stein:

    I am the attorney representing Mr. Nelson in the above referenced matter. We are scheduled to appear before Your Honor on May 9th, 2008 for conference. After speaking with Mr. Dan Voice of the United States Probation Department as to the status of the report, we write to request additional time for the presentencing report to be completed.

    Please know that I have spoken to AUSA Eugene Ingoglia and he has no objection to our request. I respectfully request that 60 days be granted in this matter so that report may be completed.

    Thank you in advance for your consideration.

                                            Respectfully submitted,

                                            Deveraux L. Cannick

cc: AUSA Eugene Ingoglia