```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,              :       06 Cr. 518 (SHS)

    -against-                              :       ORDER

KEVIN WADE NELSON,                     :

        Defendant.                     :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    At the request of defendant, and with no objection from the government,

    IT IS HEREBY ORDERED that the sentencing of defendant is adjourned to July 17, 2008, at 3:00 p.m. Any defense submissions are due on or before July 9, 2008, and the government's response is due on or before July 15, 2008. There will be no further adjournments.

Dated: New York, New York
       July 3, 2008

                                  SO ORDERED:

                                  Sidney H. Stein, U.S.D.J.