USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :
                                  :
        - v. -                    :     **ORDER**
                                  :
KEVIN WADE NELSON,                :     06 Cr. 518 (SHS)
                                  :
                Defendant.        :
                                  :
- - - - - - - - - - - - - - - - - x

     WHEREAS, with defendant Kevin Wade Nelson's consent, his guilty plea allocution was taken before the Honorable Kevin H. Fox, United States Magistrate Judge, on January 10, 2008;

     WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

     WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the plea of guilty to Count One of the Indictment knowingly and voluntarily, and that there is a factual basis for the guilty plea,

     IT IS ORDERED that defendant Kevin Wade Nelson's guilty plea be, and hereby is, ACCEPTED.

Dated:   July 15, 2008.

                                            HONORABLE SIDNEY H. STEIN
                                            UNITED STATES DISTRICT JUDGE