RECEIVED
JUL 24 2008
CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/08

**AIELLO & CANNICK**
Attorneys at Law
69-06 Grand Avenue
Maspeth, New York 11378
(718) 426-0444
FAX (718) 803-9764
Email: AandC6906@aol.com

Robert J. Aiello
Deveraux L. Cannick

Jennifer A. Fremgen

**Of Counsel**

Anthony M. Dattoma
Lyn A. Perrotta

**MEMO ENDORSED**

NEW YORK OFFICE
(By Appointment Only)

(212) 233-3335

July 24, 2008

VIA FACSIMILE – (212) 805-7924
Honorable Sidney H. Stein
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    **United States v. Kevin Wade Nelson**
             **06-cr-00518-SHS-6**

Dear Judge Stein:

    I am the attorney representing Mr. Nelson in the above referenced matter. We are scheduled to appear before Your Honor on Monday July 28th, 2008 at ~~12:00~~ 4 p.m. for sentencing. We respectfully request additional time in this matter.

    We respectfully request an adjournment in this matter to the same date as the co-defendant which is scheduled for September 22nd, 2008 at 3:00 p.m. with submissions due on September 8th, 2008. If granted, we realized there will be no further adjournments granted. Mr. Ingoglia is currently out of town so we have been unable to obtain his consent in this matter.

    Thank you in advance for your consideration.

Respectfully submitted,

Deveraux L. Cannick

cc: AUSA Eugene Ingoglia

*Application denied.*
SO ORDERED 7/24/0[8]

SIDNEY H. STEIN
U.S.D.J.